UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD ORLOFF, OLGA SHALYGIN ORLOFF, and ORLOFF PROPERTY MANAGEMENT, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE INSURANCE CO., AMCO INSURANCE CO., ALLIED INSURANCE CO., and DOES 1 through 50,<br><br>Defendants. | CASE NO.:  2:14-cv-01017-MCE-DAD<br><br>**ORDER TO AMEND THE PRETRIAL SCHEDULING ORDER TO CONTINUE THE DISCOVERY COMPLETION DATE** |

Based on the Joint Stipulation to Amend the Pretrial Scheduling Order to continue the discovery completion date filed by all parties to this action, and good cause appearing therefore,

**IT IS ORDERED** that the Pretrial Scheduling Order is hereby amended to continue the discovery completion date from June 11, 2015 to August 14, 2015.

**IT IS SO ORDERED.**

**Dated:  May 28, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT