# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD ORLOFF, OLGA SHALYGIN ORLOFF, and ORLOFF PROPERTY MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONWIDE INSURANCE CO., AMCO INSURANCE CO., ALLIED INSURANCE CO., and DOES 1 through 50, <br><br> Defendants. | CASE NO.:  2:14-cv-01017-MCE-DAD <br><br> **ORDER RE: JOINT NOTICE OF DISMISSAL** |

Based on the Joint Notice of Dismissal filed by the parties and good cause appearing,

**IT IS HEREBY ORDERED** that the Joint Notice of Dismissal, the terms of which are set forth in said separate document, be in force as an Order of this Court, and that the above entitled matter is hereby dismissed with prejudice.  The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED,**

**Dated:  August 31, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT